# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In Re:

ELEAZAR A LIRA
APT 208
10020 SEASON GROVE LN
CHARLOTTE, NC  28216

Case No: 06-30282

SSN#1 - XXX-XX-0705

Judge: George R. Hodges

## CHAPTER 13 FINAL REPORT AND ACCOUNT
## COMPLETED

This Case was
Commenced on 02/28/2006

The Plan was
Confirmed on  05/09/2006

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS:  Amounts paid to Trustee by or for the Debtor for the benefit of Creditors:  $8,232.00
Composition Plan.  Minimum payout to unsecured creditors = 10%.

## CLAIMS AND DISTRIBUTIONS TO DATE

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 556.27 | 556.27 | |
| 17 | | CLERK, U.S. BANKRUPTCY COURT | A-Administrative Costs | 11.12 | 11.12 | 0.00 |
| 1 | | MARCIA Y BURTON | B-Base Attorney Fee(s) | 353.00 | 353.00 | 0.00 |
| 2 | | WARREN L. TADLOCK, ASSIGNEE FOR MARC | B-Base Attorney Fee(s) | 897.00 | 897.00 | 0.00 |
| 4 | | EVERHOME MORTGAGE CO | M-Mortgage/Lease | 0.00 | 0.00 | 0.00 |
| 3 | | EVERHOME MORTGAGE CO | N-Mortgage/Lease Arrears | 5,422.05 | 5,422.05 | 854.03 |
| 14 | | CITY COUNTY TAX COLLECTOR | U-Unsecured | 70.12 | 7.01 | 0.00 |
| 5 | | CBUSA SEARS | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 6 | | ECAST SETTLEMENT CORP | U-Unsecured | 370.61 | 37.06 | 0.00 |
| 7 | | ECAST SETTLEMENT CORP | U-Unsecured | 705.24 | 70.52 | 0.00 |
| 8 | | ECAST SETTLEMENT CORP | U-Unsecured | 239.36 | 23.94 | 0.00 |
| 9 | | SEARS | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 10 | | CBUSA SEARS | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 11 | | CBUSA SEARS | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 12 | | INTERNAL REVENUE SERVICE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 13 | | NC DEPARTMENT OF REVENUE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 15 | | CITY COUNTY TAX COLLECTOR | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 16 | | GRADY I INGLE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | Totals | $8,624.77 | $7,377.97 | $854.03 |

WHEREFORE,  your Petitioner prays that a Final Decree be entered discharging Warren L. Tadlock as Trustee and releasing Warren L. Tadlock and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on  May 19, 2010.

L. Long
_____
Office of the Chapter 13 Trustee

/s/  Warren L. Tadlock
_____
Warren L. Tadlock, Trustee

ELEAZAR A LIRA, APT 208, 10020 SEASON GROVE LN  CHARLOTTE, NC  28216

Total Served: 1